# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01353-RMC

SAIB et al v. BUSH et al
Assigned to: Judge Rosemary M. Collyer
Related Cases: 1:05-cv-01504-RMC
1:05-cv-01506-RMC
1:05-cv-01505-RMC
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 07/05/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**
**MOTAI SAIB**
*Detainee*

represented by **Anne J. Castle**
HOLLAND & HART, LLP
555 17th Street,
Suite 3200
Denver, CO 80202
(303) 295-8000
Email: acastle@hollandhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barbara J. Olshansky**
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
7th Floor
New York, NY 10012
(212) 614-6439
Email: bjo@ccr-ny.org
*ATTORNEY TO BE NOTICED*

**Petitioner**
**BISHER AL-RAWI**
*As Next Friend of Motai Saib*

represented by **Anne J. Castle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barbara J. Olshansky**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Respondent**
**GEORGE W. BUSH**
*President of the United States*

represented by **Preeya M. Noronha**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226

Washington, DC 20530  
(202) 514-3338  
Fax: (202) 616-8202  
Email: preeya.noronha@usdoj.gov  
*ATTORNEY TO BE NOTICED*

**Respondent**

**DONALD RUMSFELD**
*Secretary, United States Department of Defense*

represented by **Preeya M. Noronha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**JAY HOOD**
*ARMY BRIG. GEN - Commander, Joint Task Force - GTMO*

represented by **Preeya M. Noronha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**MIKE BUMGARNER**
*ARMY COL. - Commander, Joint Detention Operations Group-JTF-GTMO*

represented by **Preeya M. Noronha**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2005 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5.) filed by MOTAI SAIB, BISHER AL-RAWI.(jf, ) (Entered: 07/11/2005) |
| 07/12/2005 | 2 | MOTION to Stay *Proceedings Pending Related Appeals and for Continued Coordination* by GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Text of Proposed Order)(Noronha, Preeya) (Entered: 07/12/2005) |
| 08/01/2005 | | MINUTE ENTRY ORDER granting 2 Motion to Stay. Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination, and having received no opposition thereto, it is ORDERED that the following orders, first entered in In re Guantanamo Bay Detainee Cases, shall apply in this case: 1) the Amended Protective Order and Procedures for Counsel Access to Detainees, first issued on November 8, 2004; 2) the Order Supplementing and Amending Filing Procedures Contained in the November 8, 2004 Amended Protective Order, first issued on December 13, 2004; and 3) the Order Addressing Designation Procedures for Protected Information, first issued on November 10, 2004. It is further ORDERED that this case is stayed pending the disposition of the appeals in Khalid v. Bush, Boumediene v. Bush, and In re Guantanamo Bay Detainee Cases. Signed by Judge Rosemary M. Collyer on August 1, 2005. (ato) (Entered: 08/01/2005) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 08/08/2005 11:30:19 | | |
| **PACER Login:** je0010 | **Client Code:** | 64338-0001-1158 |
| **Description:** Docket Report | **Search Criteria:** | 1:05-cv-01353-RMC |

District of Columbia live database - Docket Report
Case 1:05-cv-01351-JDB    Document 3-2    Filed 08/15/2005    Page 3 of 3    Page 3 of 3

| Billable Pages: | 2 | Cost: | 0.16 |