# Anne J. Castle

**From:** Anne J. Castle
**Sent:** Tuesday, July 12, 2005 8:35 AM
**To:** 'Preeya.Noronha@usdoj.gov'
**Cc:** Scott Barker; Trip Mackintosh; Doug Abbott; Nicole Livolsi; Valerie Simons; Barry C. Bartel; Jonathan Bender
**Subject:** RE: Guantanamo Bay detainee cases

Dear Ms. Noronha:

Thanks for conferring on this issue. We intend to oppose a motion to stay by the respondents in Saib v. Bush. We believe that the Saib petition has different issues from other petitions that have been stayed and can be considered while any appeal is pending.

Will DOJ accept service for the respondents in this case? If so, I will prepare the appropriate documents and forward to you.


Anne Castle
(303) 295-8229
(303) 975-5435 fax
<http://www.hollandhart.com/>


555 17th Street, Suite 3200
Denver, CO 80202

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.




-----Original Message-----
From: Preeya.Noronha@usdoj.gov [mailto:Preeya.Noronha@usdoj.gov]
Sent: Monday, July 11, 2005 4:13 PM
To: jcohen@pscboston.com; Anne J. Castle
Subject: Guantanamo Bay detainee cases


Dear Counsel:



Respondents intend to move to stay the most recently-filed Guantanamo detainee habeas cases, including Mohammed v. Bush and Saib v. Bush. I am writing to ascertain your position with respect to such a motion. Our motion will seek a stay of proceedings pending resolution of the pending appeals of Judge Green's January 31, 2005 decision and Judge Leon's January 19, 2005 decision in some of the other Guantanamo detainee cases.



The requested stay, however, would not apply to entry of the November 8, 2004 Protective Order, along with the December 13, 2004 supplement to the Protective Order, in this case, as well as entry of a order, consistent with Judge Green's November 10, 2004 Order in the other coordinated cases, requiring that petitioners' counsel treat information

designated as "protected information" as "protected information" under the Protective Order, unless and until the Court rules that the information should not be designated as "protected." Entry of these orders, and counsel's compliance with them, will facilitate your ability to visit petitioners at Guantanamo Bay. We also intend to request that the Court treat the cases in a coordinated fashion, to the extent possible.

1

We intend to file our motion within the next day or so, and would appreciate hearing from you regarding your position at your earliest convenience. Thanks very much.


Sincerely,


Preeya M. Noronha

Counsel for Respondents


------------------------------------------------------------

Preeya M. Noronha

Trial Attorney

United States Department of Justice

Civil Division, Federal Programs Branch

20 Massachusetts Avenue, N.W., Room 7226

Washington, D.C. 20530

(202) 514-3338

(202) 616-8202 (fax)




**Anne J. Castle**
___

| | |
|---|---|
| **From:** | Preeya.Noronha@usdoj.gov |
| **Sent:** | Monday, July 11, 2005 4:13 PM |
| **To:** | jcohen@pscboston.com; Anne J. Castle |
| **Subject:** | Guantanamo Bay detainee cases |

Dear Counsel:


Respondents intend to move to stay the most recently-filed Guantanamo detainee habeas cases, including Mohammed v. Bush and Saib v. Bush. I am writing to ascertain your position with respect to such a motion. Our motion will seek a stay of proceedings pending resolution of the pending appeals of Judge Green's January 31, 2005 decision and Judge Leon's January 19, 2005 decision in some of the other Guantanamo detainee cases.


The requested stay, however, would not apply to entry of the November 8, 2004 Protective Order, along with the December 13, 2004 supplement to the Protective Order, in this case, as well as entry of a order, consistent with Judge Green's November 10, 2004 Order in the other coordinated cases, requiring that petitioners' counsel treat information

2

designated as "protected information" as "protected information" under the Protective Order, unless and until the Court rules that the information should not be designated as "protected." Entry of these orders, and counsel's compliance with them, will facilitate your ability to visit petitioners at Guantanamo Bay. We also intend to request that the Court treat the cases in a coordinated fashion, to the extent possible.

We intend to file our motion within the next day or so, and would appreciate hearing from you regarding your position at your earliest convenience. Thanks very much.

Sincerely,

Preeya M. Noronha

Counsel for Respondents

---------------------------------------------------------------

Preeya M. Noronha

Trial Attorney

United States Department of Justice

Civil Division, Federal Programs Branch

20 Massachusetts Avenue, N.W., Room 7226

Washington, D.C. 20530

(202) 514-3338

(202) 616-8202 (fax)