IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MOTAI SAIB,                         )
    *et al.*,                       )
                                    )
        Petitioners,                )
                                    )    Civil Action No. 05-CV-1353 (RMC)
    v.                              )
                                    )
GEORGE W. BUSH,                     )
    President of the United States, )
    *et al.*,                       )
                                    )
        Respondents.                )
_____)

**ORDER VACATING MINUTE ORDER STAYING PROCEEDINGS**

Having considered Petitioners' Motion to Vacate Minute Order Staying Proceedings, it is ORDERED that the August 1, 2005 Minute Order Staying Proceedings is hereby VACATED. Petitioners shall have 11 days from the date of this Order to respond to Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination.

Dated: _____

                                        _____
                                        Judge Rosemary M. Collyer
                                        District Judge

1

2

## CERTIFICATE OF SERVICE

The following ORDER VACATING MINUTE ORDER STAYING PROCEEDINGS will be served on the following by:

☐ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Fax
☒ Electronic Service

Preeya M. Noronha, Esq.
U.S. Department of Justice
20 Massachusetts Ave., NW
Room 7226
Washington, DC 20530
preeya.noronha@usdoj.gov

Anne J. Castle (Colorado State Bar #11202)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
acastle@hollandhart.com

Barbara J. Olshansky (New York State Bar #3635)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, New York 10012
bjo@ccr-ny.org

3436486_1.DOC