**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Tuesday, July 12, 2005 5:53 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-01353-RMC SAIB et al v. BUSH et al "Motion to Stay"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from Noronha, Preeya M. entered on 7/12/2005 at 5:52 PM and filed on 7/12/2005

**Case Name:**     SAIB et al v. BUSH et al
**Case Number:**   1:05-cv-1353
**Filer:**         DONALD RUMSFELD
                   GEORGE W. BUSH
                   JAY HOOD
                   MIKE BUMGARNER

**Document Number:** 2

**Docket Text:**
MOTION to Stay *Proceedings Pending Related Appeals and for Continued Coordination* by GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Text of Proposed Order)(Noronha, Preeya)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** K:\My Documents\Khalifh-Zalita-Mohammed-Saib motion to stay.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/12/2005] [FileNumber=823080-0]
[7a3af210972be9c7301a7583e04f2874d40f75862702bca6af53d859c2966c6ce7263
6262fde063b3679abba4d7649b052236863520efedf97405dfcd37dc438]]
**Document description:** Exhibit A
**Original filename:** K:\My Documents\Khalifh-Zalita-Mohammed-Saib motion to stay Ex A.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/12/2005] [FileNumber=823080-1]
[2261488020121599b2162bb9f8712bcc41f9a04c85f347ad1dd982005fd16a6c8d28a
521c46adbb73048199de0c4e7c44a0c71c1d9d4f573359fcff45d28edf8]]
**Document description:** Exhibit B
**Original filename:** K:\My Documents\Khalifh-Zalita-Mohammed-Saib motion to stay Ex B.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/12/2005] [FileNumber=823080-2]
[2465b663a005648f417442f52eea4058d97b58e73777389fcb1d48efc5b17363547e9
1dc56fc1e3a3c15e2c4347302e8760df982a839c9538ffb9c4187048095]]
**Document description:** Exhibit C

file://K:\My Documents\Activity in Case 105-cv-01353-RMC SAIB et al v. BUSH et al ...    08/24/2005

**Original filename:**K:\My Documents\Khalifh-Zalita-Mohammed-Saib motion to stay Ex C.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/12/2005] [FileNumber=823080-3]
[9350954bbc55d170c0e985ce9c92221bc490a30dc74d3af352786897ee3ee6991ef58
c390d1cc8e1f54ae982b7f3528528f51261dd48ca4d6871d5bedf43cb12]]
**Document description:**Text of Proposed Order
**Original filename:**K:\My Documents\Saib motion to stay proposed order.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/12/2005] [FileNumber=823080-4]
[64df625b794eb3050652037857045551167a0e05e35cb94ffb7be9639baa492154d50
8fb79b745ed00d76f87c8d744d79475293756f5f0b076bd7f83ed991752]]

**1:05-cv-1353 Notice will be electronically mailed to:**

Preeya M. Noronha    preeya.noronha@usdoj.gov

Barbara J. Olshansky    bjo@ccr-ny.org,

**1:05-cv-1353 Notice will be delivered by other means to:**