# ATTACHMENT

# 2

**1:05-cv-01353-RMC** SAIB et al v. BUSH et al
Rosemary M. Collyer, presiding
Date filed: 07/05/2005 **Date of last filing:** 08/26/2005

# Attorneys

| | | |
|---|---|---|
| **Anne J. Castle**<br>HOLLAND & HART, LLP<br>555 17th Street,<br>Suite 3200<br>Denver, CO 80202<br>(303) 295-8000<br>acastle@hollandhart.com<br>*Assigned: 07/05/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **BISHER AL-RAWI**<br>*(Petitioner)* |
| | | **MOTAI SAIB**<br>*(Petitioner)* |
| **Preeya M. Noronha**<br>U.S. DEPARTMENT OF JUSTICE<br>20 Massachusetts Avenue, NW<br>Room 7226<br>Washington, DC 20530<br>(202) 514-3338<br>(202) 616-8202 (fax)<br>preeya.noronha@usdoj.gov<br>*Assigned: 07/12/2005*<br>*ATTORNEY TO BE NOTICED* | representing | **DONALD RUMSFELD**<br>*(Respondent)* |
| | | **GEORGE W. BUSH**<br>*(Respondent)* |
| | | **JAY HOOD**<br>*(Respondent)* |
| | | **MIKE BUMGARNER**<br>*(Respondent)* |
| **Barbara J. Olshansky**<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway | | |

7th Floor  
New York, NY 10012  
(212) 614-6439  
bjo@ccr-ny.org  
  *Assigned: 07/05/2005*  
  *ATTORNEY TO BE NOTICED*

representing

**BISHER AL-RAWI**  
*(Petitioner)*

**MOTAI SAIB**  
*(Petitioner)*

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 08/31/2005 15:02:50 |||||
| PACER Login: | je0010 | Client Code: | 64338.0002 ||
| Description: | Attorney List | Search Criteria: | 1:05-cv-01353-RMC ||
| Billable Pages: | 1 | Cost: | 0.08 ||