CA05-1353
RMC

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioner certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation. Counsel for Petitioner also certify, pursuant to L. Cv. R. 83.2(j), that they have personal familiarity with Local Rules of this Court.

Dated this 7th day of November 2005.

/s/ Scott S. Barker
Scott S. Barker
Anne J. Castle
J. Triplett Mackintosh
Douglas L. Abbott
Hamid M. Khan
Valerie L. Simons
Barry C. Bartel
Jonathan S. Bender
Nicole P. Livolsi
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303-) 295-8000

Of Counsel
Barbara J. Olshansky
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, New York 10012
Telephone: (212) 614-6439

3396692_2.DOC