IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MOTAI SAIB,                         )
    *et al.*,                       )
                                    )
        Petitioners,                )
                                    )  Civil Action No. 05-CV-1353 (RMC)
    v.                              )
                                    )
GEORGE W. BUSH,                     )
    President of the United States, )
    *et al.*,                       )
                                    )
        Respondents.                )
_____

**NOTICE OF SUBMISSION OF PROTECTIVE ORDER MEMORANDA OF UNDERSTANDING AND ACKNOWLEDGMENTS**

In accordance with the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Navel Base in Guantanamo Bay, Cuba (Protective Order), Petitioners' counsel hereby submit the attached executed Memoranda of Understanding (Exhibit 1) and executed Acknowledgments (Exhibit 2) for Anne J. Castle, Scott S. Barker, William E. Murane, Trip Mackintosh, Douglas L. Abbott, Hamid Khan and Danielle R. Voorhees.

In accordance with Paragraph 18 of the Protective Order, Petitioner's counsel will provide Respondents' counsel and the Court Security Officer with executed copies of the Memoranda of Understanding and Acknowledgments.

Dated January 9, 2006

        Respectfully submitted,

        Counsel for Petitioners:

        /s Anne J. Castle
        Anne J. Castle (Colorado State Bar #11202)
        Scott S. Barker (Colorado State Bar #11177)
        J. Triplett Mackintosh (Colorado State Bar #22359)
        William E. Murane (Colorado State Bar # 2676)
        Douglas L. Abbott (Colorado State Bar #18683)
        Hamid M. Khan (Colorado State Bar #34139)
        Valerie L. Simons (Colorado State Bar #30218)
        Barry C. Bartel (Colorado State Bar #23040)
        Jonathan S. Bender (Colorado State Bar #33979)
        Nicole P. Livolsi  (Colorado State Bar #36267)
        HOLLAND & HART LLP
        555 Seventeenth Street, Suite 3200
        Denver, CO  80202
        Telephone:  (303) 295-8000

        Of Counsel
        Barbara J. Olshansky (New York State Bar #3635)
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway
        New York, New York 10012
        Telephone: (212) 614-6439

## CERTIFICATE OF SERVICE

I certify that on January 9, 2006, I served a copy of the foregoing document to the following as indicated below:

United States Department of Justice
c/o Preeya Noronha *via electronic filing*
Peter D. Keisler
Joseph H. Hunt
Kenneth L. Wainstein
Douglas N. Letter
Vincent M. Garvey
Terry M. Henry
James J. Schwartz
Robert J. Katerberg
Nicholas J. Patterson
Andrew I. Warden
Edward H. White
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC  20530
preeya.noronha@usdoj.gov

Court Security Officer *via email*
Christine.E.Gunning@usdoj.gov
Jennifer.Campbell@usdoj.gov

/s Anne J. Castle
Holland & Hart LLP

3495220_1.DOC