# EXHIBIT 2

1/6

Bisher AL-Rawi
Guantanamo Bay - Cub

Mr. Brent Micham
Keller and Hickman LLP
Washington D.C 20001

4-1-2005 (4th January)

Dear Brent:

Here I am again writing to you. However it's a new year, It is quite strange to put todays date on this letter, usually I would be in a much nicer environment during this special time of year.

I had send you a letter few days ago, but as usual I had forgotten some things, hence this letter. Also during the last few day I read the Transcript from December 1st's hearing. I have to say I never thought that I would read it. After starting reading, I didn't leave it until I was finished with it. I have to say if this is what you usually do (ie go to court etc) I must say you have a very interesting Job.

I found the Transcript to be very educational and informative. Although I did not understand a lot of the arguments and case referals, never the less and under the circumstances it's been very enjoyable read. The one down side in this story, if things were to go wrong, it'll be on our head!! (Detainees Head)

I would like to first ask you weather you have recieved any of the letters I had writen on behalf of the I think six Detainees who had requested legal representation. Also if you have recieved any of my letters which had the name, number etc of these detainees. I'll be gratefull if you can provide me with an answer for the above.

I had read to the Detainees the Transcripts (only the parts relevant to them) and incorraged them to forward their names to you

UNCLASSIFIED

46

in the hope that they will be assisted in obtaining legal help. A number of them forwarded their details to me so I can send them to you, and I am enclosing those details with this letter.

However there are some points worth noting with regards to this matter:

- I only was able to inform the Block I am at, which has about 40 detainees.
- I am unable to provide this information to others at the camp because of the intentional restriction and isolation from the other (eg: Talking to other Blocks will result in a punishment).

The is a lot of mistrust between the detainees and everybody else. This is the result of continuous lies and deception from Attorneys here. They have lied about almost everything and now Detainees no longer believe any thing they say. This was one of the main problems we faced in the Tribunals.

Detainees are afraid that there will not be the appropriate level of confidentiality between Lawyer and Detainee (There is one example where what seem to be a Lawyer, who started using an interrogators type of questioning and who has put to the detainee accusation, plus the detainee feels certain that he is lying to him with regards a number of things)

- There is also strong doubt about these letters, and weather they will reach you. Bearing in mind that the previous letters which were sent to you have been sent some four or five months ago, and today no one has received any reply.

The above are some of the important reasons that are hindering Detainee's contact with the outside world and with Lawyers. Also as I mentioned in one of my previous letters. If I was found with the names of other detainees I am certain to [UNCLASSIFIED] punishment. Please try and understand the difficulty [UNCLASSIFIED] hope that these problems can be [illegible]

3/6

This is a list of those who want legal assistance and representation:

Note: ISN is one the initials for The detainees number at GTMO

1) Name in English: MOTAI SAIB
Name in Arabic: مطاي صائب
ISN : 288 (Two hundred and eighty eight)
He is from Algeria. He does not want to return to Algeria because of fear for his safety.

2) Name in English: ABDUL RAZAK IKTIAR MOHAMMED
Name in Arabic: عبدالرزاق اختيار محمد
ISN : 1043 (One thousand and forty three)
He is from Afganistan.

3) Name in English: FAHMI ABDULLAH AL-TAWLAQI
ISN: 688 (Six hundred and eighty eight)
He is from the Yemen. He does not want to go back to the Yemen because of fear for his safety.

4) Name in English: RAFIQ BIN BASHIR BIN JALLUL ALHAMI
ISN: 892 (eight hundred and ninty two)
He is from Tunisia (in North Africa). He does not want to go back to his country because of fear for his safety.

5) Name in English: WAHIDOF THABIT ABDUL MOKIT WELLY KHAN WITSH
Name in Arabic: واحدوف ثابت عبد المقيت ولي خان وتش
ISN: 90 (Ninty)
He is from TAGIKISTAN (used to be part of the USSR)
He does not want to return to his country because of fear for his safety.

"UNCLASSIFIED"

4/6

1) Name in English: ABRAHIM OTHMAN ABRAHIM EDRIES
   Name in Arabic: إبراهيم عثمان إبراهيم إدريس
   ISN: 0036 (Thirty six)
   He is from the Sudan (in Africa)
   He does not want to return to his country because of fear for his safety.
   He has written many many letters to his family. However he has not received any thing back. He needs help in contacting his family. He doesn't know weather his family is not writing or Authorities here are with holding his letters.

2) Name in English: ~~AHMAD AB~~ MOHAMMED ABDUL RAHMAN
   Name in Arabic: محمد عبد الرحمن
   ISN: 894 (eight hundred and ninety four)
   He is from Tunisia (North Africa). He does not want to return to his country because of fear for his safety.

3) Name in English: AHMAD ABDULLA ALJAZAN   (He has written to you before)
   Name in Arabic: أحمد عبد الله الجزان
   ISN: 197 (One hundred and ninty seven).
   He is from MAROCCO (North Africa). He does not want to return to his country because of fear for his safety. The spelling here may be different to that in his letter to you. But the spelling in his letter to you is the correct spelling.

4) Name in English: ABDUL RAHMAN AZIZ KHAN   (He has written to you before)
   Name in Arabic: عبد الرحمن عزيز خان
   ISN: 357 (Three hundred and fifty seven).
   He is from Afganistan from the province of Zabul.
   The spelling here may be defent "UNCLASSIFIED" letter to you is the correct one.

5/6

10) Name in English: SALIM ~~MOHAMMED~~ MOHAMMED ADAM BIN AMIR (He has written to you before)
ISN: 710 (seven hundred and ten)
He is from the Sudan (Africa)
The spelling in his letter to you is more correct than the spelling here.

11) YOUSIF ABDULLA ALRUBISH (He has written to you before)
ISN: 109 (one hundred and nine)
The spelling of his name in his letter to you is more correct than it is here.
He is from SAUDI ARABIA.

12) Name in English: ABDUL ~~the~~ NASIR KHANTOMANI
ISN: 307 (Three hundred and seven).
He is from Syria
and his son
Name in English: MOHAMMED KHANTOMANI
ISN: 312 (Three hundred and twelve)
They had written to you before, their details in their letter to you is more correct than they are here.

- I am unable to be sure of the spelling of the Detainees names, because I do not have that information. If you have received previous letter that has the information, please know in these letters the spelling of names is more correct and the information is also more accurate.

**"UNCLASSIFIED"**

PTO

I have just received your letter dated 30th December 2004.

Please know and let my family know, that during the last few months I have been writing to them may two or three times per month. Letters are addressed to the London address. I would seem the Authorities have are not sending the letters punctually. What a surprise ?!?

With regards to "mistreatment" - would that be only at GTMO or through out the experience? AND I'll try to get something to you the next few days.

- Please know that my self and Jamil are NO longer next to each other. I can not get in touch with him nor can I carry any messages.

Thank you very much for all that you are doing for us.

With many thanks.
Your sincerely
Bisher Al-Rawi

