# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOAZZAM BEGG,** *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH, PRESIDENT**<br>**OF THE UNITED STATES,** *et al.,* )<br>)<br>Respondents. ) | Civil Action No. 04-1137 (RMC) |

**MOAZZAM BEGG,** *et al.*,

        Petitioners,

  v.                        Civil Action No. 04-1137 (RMC)

**GEORGE W. BUSH, PRESIDENT**
**OF THE UNITED STATES,** *et al.,*

        Respondents.

---

**OMAR DEGHAYES,** *et al.*,

        Petitioners,

  v.                        Civil Action No. 04-2215 (RMC)

**GEORGE W. BUSH, PRESIDENT**
**OF THE UNITED STATES,** *et al.,*

        Respondents.

---

**ABDUL SALAM ZAEEF,** *et al.*,

        Petitioners,

  v.                        Civil Action No. 05-660 (RMC)

**GEORGE W. BUSH, PRESIDENT**
**OF THE UNITED STATES,** *et al.,*

        Respondents.

|  |  |  |
|---|---|---|
| **MOHSEN ABDRUB ABOASSY,** *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-748 (RMC)** |
| | ) | |
| **GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES,** *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| **MUHIBULLAH,** *et al.*, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-884 (RMC)** |
| | ) | |
| **GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES,** *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| **SHARBAT KHAN,** *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-890 (RMC)** |
| | ) | |
| **GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES,** *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ALI SHAH MOUSOVI,** *et al.***,**                )
                                                 )
              **Petitioners,**                    )
                                                 )
      v.                                          )          **Civil Action No. 05-1124 (RMC)**
                                                 )
**GEORGE W. BUSH, PRESIDENT**                     )
**OF THE UNITED STATES,** *et al.***,**           )
                                                 )
              **Respondents.**                    )
                                                 )

**ABDUL HAKIM ABDUL KARIM AMIN**                  )
**BUKHARI,** *et al.***,**                        )
                                                 )
              **Petitioners,**                    )
                                                 )
      v.                                          )          **Civil Action No. 05-1241 (RMC)**
                                                 )
**GEORGE W. BUSH, PRESIDENT**                     )
**OF THE UNITED STATES,** *et al.***,**           )
                                                 )
              **Respondents.**                    )
                                                 )

**MOTAI SAIB,** *et al.***,**                     )
                                                 )
                                                 )
              **Petitioners,**                    )
                                                 )
      v.                                          )          **Civil Action No. 05-1353 (RMC)**
                                                 )
**GEORGE W. BUSH, PRESIDENT**                     )
**OF THE UNITED STATES,** *et al.***,**           )
                                                 )
              **Respondents.**                    )
                                                 )

JAWAD JABBAR SADKHAN,                  )
                                       )
           Petitioner,                 )
                                       )
      v.                               )      Civil Action No. 05-1487 (RMC)
                                       )
GEORGE W. BUSH, PRESIDENT              )
OF THE UNITED STATES, *et al.*,        )
                                       )
           Respondents.                )
                                       )

NABIL, *et al.*,                       )
                                       )
           Petitioners,                )
                                       )
      v.                               )      Civil Action No. 05-1504 (RMC)
                                       )
GEORGE W. BUSH, PRESIDENT              )
OF THE UNITED STATES, *et al.*,        )
                                       )
           Respondents.                )
                                       )

ABBAR SUFIAN AL HAWARY, *et al.*,      )
                                       )
           Petitioners,                )
                                       )
      v.                               )      Civil Action No. 05-1505 (RMC)
                                       )
GEORGE W. BUSH, PRESIDENT              )
OF THE UNITED STATES, *et al.*,        )
                                       )
           Respondents.                )
                                       )

|  |  |
|---|---|
| **SHAFIIQ**, *et al.*, | ) |
|  | ) |
| Petitioners, | ) |
|  | ) |
| v. | )  **Civil Action No. 05-1506 (RMC)** |
|  | ) |
| **GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES**, *et al.*, | ) |
|  | ) |
| Respondents. | ) |

|  |  |
|---|---|
| **MOHAMMED AL-QAHTANI**, *et al.*, | ) |
|  | ) |
| Petitioners, | ) |
|  | ) |
| v. | )  **Civil Action No. 05-1971 (RMC)** |
|  | ) |
| **GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES**, *et al.*, | ) |
|  | ) |
| Respondents. | ) |

|  |  |
|---|---|
| **DR. ABU MUHAMMED**, *et al.*, | ) |
|  | ) |
| Petitioners, | ) |
|  | ) |
| v. | )  **Civil Action No. 05-2087 (RMC)** |
|  | ) |
| **GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES**, *et al.*, | ) |
|  | ) |
| Respondents. | ) |

|  |  |
|---|---|
| **MOHAMMED ABDUL RAHMAN AL-SHIMRANI**, *et al.*, | ) ) ) ) |
| **Petitioners,** | ) ) |
| v. | ) ) Civil Action No. 05-2249 (RMC) |
| **GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES**, *et al.*, | ) ) ) |
| **Respondents.** | ) ) ) |

|  |  |
|---|---|
| **AHMED BEN BACHA**, *et al.*, | ) ) ) |
| **Petitioners,** | ) ) |
| v. | ) ) Civil Action No. 05-2349 (RMC) |
| **GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES**, *et al.*, | ) ) ) |
| **Respondents.** | ) ) ) |

|  |  |
|---|---|
| **JOBRAN SAAD AL-QUHTANI**, *et al.*, | ) ) ) |
| **Petitioners,** | ) ) |
| v. | ) ) Civil Action No. 05-2387 (RMC) |
| **GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES**, *et al.*, | ) ) ) |
| **Respondents.** | ) ) ) |

|  | ) |  |
|---|---|---|
| **TALAH AHMED MOHAMMED ALI** | ) | |
| **ALMJRD,** *et al.,* | ) | |
|  | ) | |
| **Petitioners,** | ) | |
|  | ) | |
| **v.** | ) | **Civil Action No. 05-2444 (RMC)** |
|  | ) | |
| **GEORGE W. BUSH, PRESIDENT** | ) | |
| **OF THE UNITED STATES,** *et al.,* | ) | |
|  | ) | |
| **Respondents.** | ) | |
|  | ) | |

## ORDER

On December 30, 2005, President Bush signed into law H.R. 2863, the Department of Defense, Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act of 2006 ("the Act"). Section 1005(e) of the Act, entitled Judicial Review of Detention of Enemy Combatants, raises serious questions concerning whether this Court retains jurisdiction to hear the above-captioned cases. The question of whether this Court retains jurisdiction to entertain these matters is currently pending resolution by the United States Court of Appeals for the District of Columbia Circuit. Accordingly, it is this 27th day of January, 2006, hereby

**ORDERED** that all pending motions in the above-captioned cases are **DENIED WITHOUT PREJUDICE** until such time as the District of Columbia Circuit resolves the question of this Court's jurisdiction to adjudicate these cases.[1] It is further

**ORDERED** that all action in the above-captioned cases is **STAYED** pending the

---

[1] If the District of Columbia Circuit concludes that this Court retains jurisdiction of these cases, the parties may file motions to reinstate the pending motions.

jurisdictional ruling of the District of Columbia Circuit.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

Date: January 27, 2006.