**Attachment to Notice of Filing**

Petitioners have submitted today their **Motion To Compel Privilege Team Compliance With The Amended Protective Order.** In this motion Petitioners request that the Court order the Privilege Team to comply with the terms of the Amended Protective Order and related orders entered in these cases.