<u>Attachment to Notice of Filing</u>

Petitioners have submitted their today their **Reply Brief in Support of Petitioners' Motion to Compel Privilege Team Compliance With the Amended Protective Order**.  In this motion, Petitioners repeat their request that the Court order the Privilege Team to comply with the terms of the Amended Protective Order and related orders entered in these cases.