# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLA THANI FARIS AL-ANAZI, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents* | Civ. No. 1:05-CV-0345 <br> (JDB) (AK) |
| FAWZI AL ODAH, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents* | Civ. No. 1:02-CV-0828 <br> (CKK) (AK) |
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents* | 05-CV-1048 (RMU) (AK) |

|  |  |
|---|---|
| **SAEED MAHAMMED SALEH HATIM,** *et al.*,<br>　　　　　*Petitioners,*<br>　v.<br>**GEORGE W. BUSH,** *et al.*,<br>　　　　　*Respondents* | **05-CV-1429 (RMU) (AK)** |
| **ABDUL HADI OMER HAMOUD FARAJ,**<br>　　　　　*Petitioners,*<br>　v.<br>**GEORGE W. BUSH,** *et al.*,<br>　　　　　*Respondents* | **Civ. No. 1:05CV01490 (PLF)(AK)** |
| **MOHAMMED,** *et al.*<br>　　　　　*Petitioners,*<br>　v.<br>**GEORGE W. BUSH,** *et al.*,<br>　　　　　*Respondents* | **Civ. No. 1:05CV02087 (RMC)(AK)** |

2

|  |  |
|---|---|
| **NABIL**, *et al.*  )<br>  )<br>   *Petitioners*,  )<br>  )<br> v.  )<br>  )<br>  )<br> **GEORGE W. BUSH**, *et al.*,  )<br>  )<br>   *Respondents*  )<br>  ) | **Civ. No. 1:05CV01504**<br>**(RMC)(AK)** |
| **AL HAWARY**, *et al.*  )<br>  )<br>   *Petitioners*,  )<br>  )<br> v.  )<br>  )<br>  )<br> **GEORGE W. BUSH**, *et al.*,  )<br>  )<br>   *Respondents*  )<br>  ) | **Civ. No. 1:05CV01505**<br>**(RMC)(AK)** |
| **SAIB**, *et al.*  )<br>  )<br>   *Petitioners*,  )<br>  )<br> v.  )<br>  )<br>  )<br> **GEORGE W. BUSH**, *et al.*,  )<br>  )<br>   *Respondents*  )<br>  ) | **Civ. No. 1:05CV01353**<br>**(RMC)(AK)** |

3

| | |
|---|---|
| **SHAFIQ,** *et al.* )<br>)<br>        *Petitioners,*   )<br>)<br>    v.            )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.,* )<br>)<br>        *Respondents*  )<br>) | **Civ. No. 1:05CV01506**<br>**(RMC)(AK)** |
| **HASSAN BIN ATTASH,** *et al.* )<br>)<br>        *Petitioners,*   )<br>)<br>    v.            )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.,* )<br>)<br>        *Respondents*  )<br>) | **Civ. No. 1:05CV01592**<br>**(RCL)(AK)** |
| **ABDANNOUR SAMEUR,** *et al.* )<br>)<br>        *Petitioners,*   )<br>)<br>    v.            )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.,* )<br>)<br>        *Respondents*  )<br>) | **Civ. No. 1:05CV01806**<br>**(CKK)(AK)** |

4

## NOTICE OF WITHDRAWAL OF FILING

Petitioners in the above-captioned cases hereby withdraw their **Reply Brief in Support of Petitioners' Motion to Compel Privilege Team Compliance with the Amended Protective Order** in light of new information of the existence of a Response to Petitioners' Motion that was never served on Petitioners.

Dated:   April 10, 2006

                                      Respectfully submitted,

                                      Counsel for Petitioners:

                                           /s/ Anant Raut
                                      David R. Berz (DC 182105)
                                      David A. Hickerson (DC 414723)
                                      Anant Raut (DC 490211)
                                      WEIL GOTSHAL & MANGES LLP
                                      1300 Eye Street, NW
                                      Suite 900
                                      Washington, D.C.   20005
                                      Tel: (202) 682-7000
                                      Fax: (202) 857-0939

/s/ Kristine Huskey
Thomas B. Wilner, D.C. Bar # 173807
Neil H. Koslowe, D.C. Bar # 361792
Kristine A. Huskey, D.C. Bar #462979
Amanda E. Shafer
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel: (202) 508-8000
Fax: (202) 508-8100

/s/ David H. Remes
David H. Remes, D.C. Bar # 370782
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Suite 803E
Washington, D.C.  20004
Tel: (202) 662-5212
Fax: (202) 662-6291

Marc Falkoff, D.C. Bar # 491149
COVINGTON & BURLING
1330 Avenue of the Americas
New York, NY 10019
Tel: (212) 841-1166
Fax: (646) 441-9166

/s/ Anne J. Castle
Anne J. Castele, CO #11202
Scott S. Barker, CO #11177
J. Triplett Mackintosh, CO #22359
William E. Murane, CO #2676
Douglas L. Abbott, CO #18683
Hamid M. Khan, CO #34139
Danielle R. Voorhees, CO #35929
Valerie L. Simmons, CO #30218
Barry C. Bartel, CO #23040
Jonathan S. Bender, CO #33979
Nicole P. Livolsi, CO #36267
HOLLAND & HART LLP
555 Seventeenth Street
Suite 3200
Denver, CO  80202
Tel: (303) 295-8000
Fax: (303) 295-8261

/s/ Randall T. Coyne
Randall T. Coyne
University of Oklahoma College of Law
Andrew Coats Hall
300 Timberdell Road
Norman, OK  73019
Tel: (405) 325-4646
Fax: (405) 325-0389

Thomas R. Brett
Craig Hoster
Larry D. Ottaway
CROWE & DUNLEVY
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK  74103
Tel: (918) 592-9830
Fax: (918) 599-6311

Terry W. West
THE WEST LAW FIRM
P.O. Box 698
Shawnee, OK  74802
Tel: (405) 275-0040
Fax: (405) 275-0052

Of Counsel
Barbara J. Olshansky ( N.Y State Bar #3635)
CENTER FOR CONSTITUTIONAL
    RIGHTS
666 Broadway
New York, NY  10012
Tel: (212) 614-6439