IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTAI SAIB,<br> *et al.*,<br><br>  Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br> President of the United States,<br> *et al.*,<br><br>  Respondents. | Civil Action No. 05-CV-1353 (RMC) |

## MOTION TO ENFORCE PROTECTIVE ORDER AND FOR ORDER COMPELLING COUNSEL ACCESS

Petitioner Motai Saib (a/k/a Sayab, Mutij Sadiz Ahmad) hereby moves to enforce the Protective Order entered in this case and for an Order to allow immediate access to his counsel.[1] Counsel for Petitioner have conferred with counsel for Respondents, who oppose this Motion. In support of this Motion, Petitioner relies on the Memorandum of Law filed herewith.

---

[1] Pursuant to the Calendar and Case Management Committee's Order dated November 2, 2005, this Motion should be referred to Magistrate Judge Alan Kay pursuant to LCvR 72.2(a) because it involves interpretation and construction of the Protective Order entered in this case.

Dated: May 26, 2006

Respectfully submitted,

/s/ *Anne J. Castle*
Anne J. Castle (Colorado State Bar #11202)
Scott S. Barker (Colorado State Bar #11177)
J. Triplett Mackintosh (Colorado State Bar #22359)
William E. Murane (Colorado State Bar # 2676)
Douglas L. Abbott (Colorado State Bar #18683)
Danielle R. Voorhees (Colorado State Bar # 35929)
Hamid M. Khan (Colorado State Bar #34139)
Barry C. Bartel (Colorado State Bar #23040)
Jonathan S. Bender (Colorado State Bar #33979)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000

Of Counsel
Barbara J. Olshansky (New York State Bar #3635)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, New York 10012
Telephone: (212) 614-6439

**ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF SERVICE

I certify that on May __, 2006, I served a copy of the foregoing document to the following as indicated below:

United States Department of Justice
c/o Preeya Noronha *via electronic filing*
Peter D. Keisler
Joseph H. Hunt
Kenneth L. Wainstein
Douglas N. Letter
Vincent M. Garvey
Terry M. Henry
James J. Schwartz
Robert J. Katerberg
Nicholas J. Patterson
Andrew I. Warden
Edward H. White
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC 20530
preeya.noronha@usdoj.gov

/s/ [signature]
Holland & Hart LLP

3557137_1.DOC