IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOTAI SAIB, <br> *et al.*, <br><br>     Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br>     President of the United States, <br> *et al.*, <br><br>     Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 05-CV-1353 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER

The Court has before it Petitioner's Motion to Enforce Protective Order and for Order Compelling Counsel Access. After considering the Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED, this ____ day of _____, 2006.

_____
Hon. Alan Kay

United States Magistrate Judge

3557158_1.DOC