IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOTAI SAIB, *et al.*,<br><br>        Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>        President of the United States,<br>    *et al.*,<br><br>        Respondents. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-1353 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENTS' NOTICE REGARDING PETITIONERS'
MOTION TO ENFORCE PROTECTIVE ORDER
AND FOR ORDER COMPELLING COUNSEL ACCESS**

Respondents hereby submit the following notice regarding petitioners' motion to enforce the protective order and for order compelling counsel access to petitioner in this case (dkt. no. 26).

On January 27, 2006, this Court stayed "all action" in the above-captioned case and denied all pending motions without prejudice pending resolution by the D.C. Circuit of "serious questions concerning whether this Court retains jurisdiction to hear the above-captioned cases" after the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680, became law (dkt. no. 18).[1]  Because the Court has stayed "all action" in this case, absent further direction from the Court, respondents do not intend to submit a substantive response to petitioners' request for relief at this time.  Respondents reserve their right to submit a memorandum in opposition to petitioners' motion to enforce the protective order and for order compelling counsel access

---

[1] Oral argument before the D.C. Circuit was held on March 22, 2006.

containing a substantive response opposing petitioners' request for relief in the future if so directed by the Court.

Dated: June 9, 2006                           Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              DOUGLAS N. LETTER
                                              Terrorism Litigation Counsel

                                                  /s/ Preeya M. Noronha
                                              JOSEPH H. HUNT (D.C. Bar No. 431134)
                                              VINCENT M. GARVEY (D.C. Bar No. 127191)
                                              TERRY M. HENRY
                                              JAMES J. SCHWARTZ
                                              PREEYA M. NORONHA
                                              ROBERT J. KATERBERG
                                              NICHOLAS J. PATTERSON
                                              ANDREW I. WARDEN
                                              EDWARD H. WHITE
                                              MARC A. PEREZ
                                              Attorneys
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              20 Massachusetts Ave., N.W.
                                              Washington, DC  20530
                                              Tel:  (202) 514-4107
                                              Fax:  (202) 616-8470

                                              Attorneys for Respondents