APPROVED FOR PUBLIC FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MOTAI SAIB,** *et al.*, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| *v.* ) | 05-CV-1353 (RMC) |
| ) | |
| **GEORGE W. BUSH,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

### NOTICE REGARDING PRIVILEGED COMMUNICATIONS

Pursuant to this Court's August 7, 2006 Order regarding Respondents' Motion for Procedures Related to Review of Certain Detainee Materials, Petitioner Motai Saib (a/k/a Sayab, Mutij Sadiz Ahmad) through his counsel, Holland & Hart LLP, submits this Notice informing the Court that Petitioner's counsel does not believe that any attorney-client communication occurred between Petitioner and Holland & Hart LLP prior to June 18, 2006.

Dated: August 15, 2006

        Respectfully submitted,

/s Danielle R. Voorhees
Anne J. Castle (Colorado State Bar #11202)
Scott S. Barker (Colorado State Bar #11177)
J. Triplett Mackintosh (Colorado State Bar #22359)
William E. Murane (Colorado State Bar #2676)
Douglas L. Abbott (Colorado State Bar #18683)
Danielle R. Voorhees (Colorado State Bar #35929)
Hamid M. Khan (Colorado State Bar #34139)
Meghan N. Winokur (Colorado State Bar #35973)
HOLLAND & HART, LLP
555 Seventeenth Street, Ste. 3200
Denver, CO 80202
Telephone: (303) 295-8000
Facsimile: (303) 295-8261

Of Counsel
Barbara J. Olshansky (New York State Bar #3635)
CENTER OF CONSTITUTIONAL RIGHTS
666 Broadway
New York, NY 10012
Telephone: (212) 614-6439

**ATTORNEYS FOR PETITIONER**

**CERTIFICATE OF SERVICE**

I certify that on August 15, 2006, I e-filed the foregoing document with the United States District Court for the District of Colombia via the DCD/ECF electronic filing system, which will serve notice of the following to:

United States Department of Justice
Terry M. Henry
Preeya M. Noronha
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC  20530

/s Deborah F. Malandra
Holland & Hart LLP

3592702_1.DOC