IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTAI SAIB,<br><br>      Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br><br>      President of the United States,<br>      *et al.*,<br><br>      Respondents. | Civil Action No. 05-CV-1353 (RMC) |

**NOTICE OF FILING**
**ENTRY OF APPEARANCE AND CERTIFICATE OF INDIGENT REPRESENTATION UNDER**
**FRCP 83.2 FOR WILLIAM E. MURANE**

I, William E. Murane, hereby enter my appearance on behalf of Petitioner Motai Saib in the captioned matter.

Pursuant to LCvR 83.2(g), I hereby certify that I am a member in good standing of the Bars of the Supreme Court of the State of Colorado, the United States District Court for the District of Colorado, the Tenth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, and the Court of Appeals for the District of Columbia. I further certify that I am providing legal representation to Petitioner without compensation.

Dated: October 3, 2006

        Respectfully submitted,

        */s/ William E. Murane*
        William E. Murane (Colorado State Bar #2676)
        Scott Barker
        Douglas L. Abbott
        J. Triplett Mackintosh
        Hamid M. Khan
        Danielle R. Voorhees
        Holland & Hart LLP
        555 17th Street, Suite 3200
        Denver, CO 80202
        Tel: (303) 295-8000
        Facsimile: (303) 295-8261

        Donald A. Degnan
        Holland & Hart LLP
        One Boulder Plaza
        1800 Broadway, Suite 300
        Boulder, CO 80302
        Tel: (303) 473-2700
        Facsimile: (303) 473-2720

        Dean B. Arnold
        Holland & Hart LLP
        U.S. Bank Plaza,
        101 S. Capitol Blvd., Ste. 1400
        Boise, ID 83702
        Tel.: (208) 383-3914
        Facsimile: (866) 851-8334

        Of Counsel
        Barbara J. Olshansky
        Tina Monshipour Foster (NY No. TF5556)
        Gitanjali S. Gutierrez (NY No. GG1234)
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway
        New York, NY 10012
        Tel.: (212) 614-6439
        **ATTORNEYS FOR PETITIONERS**

## CERTIFICATE OF SERVICE

I certify that on October 3, 2006, I served a copy of the foregoing document to the following as indicated below:

United States Department of Justice
*Via electronic filing*
Preeya Noronha
Peter D. Keisler
Joseph H. Hunt
Kenneth L. Wainstein
Douglas N. Letter
Vincent M. Garvey
Terry M. Henry
James J. Schwartz
Robert J. Katerberg
Nicholas J. Patterson
Andrew I. Warden
Edward H. White
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC  20530


/s William E Murane
Holland & Hart LLP


3612857_1.DOC