IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULLAH THANI FARIS AL-ANAZI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-0345 (JDB)(AK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |
| FAWZI AL ODAH, *et al.*, | ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 02-CV-828 (CKK)(AK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |
| SUHAIL ABDU ANAM, *et al.*, | ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-1194 (HHK)(AK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| ABDUL HADI OMER HAMOUD FARAJ, *et al.*, ) ) ) ) Petitioners, ) ) v. ) ) GEORGE W. BUSH, ) President of the United States, *et al.*, ) ) Respondents. ) | Civil Action No. 05-CV-1490 (PLF)(AK) |
| MOHMOOD SALIM AL-MOHAMMED, *et al.*, ) ) ) ) Petitioners, ) ) v. ) ) GEORGE W. BUSH, ) President of the United States, *et al.*, ) ) Respondents. ) | Civil Action No. 05-CV-247 (HHK)(AK) |
| NABIL, *et al.*, ) ) Petitioners, ) ) v. ) ) GEORGE W. BUSH, ) President of the United States, *et al.*, ) ) Respondents. ) | Civil Action No. 05-CV-1504 (RMC)(AK) |

|  |  |
|---|---|
| AL HAWARY, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1505 (RMC)(AK) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| SAIB, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1353 (RMC)(AK) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| SHAFIQ, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1506 (RMC)(AK) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |

|                                                    |   |                                         |
|----------------------------------------------------|---|-----------------------------------------|
| HASSAN BIN ATTASH, *et al.,*                       ) |   |                                         |
|                                                    ) |   |                                         |
| Petitioners,                                        ) |   |                                         |
|                                                    ) |   |                                         |
| v.                                                  ) |   | Civil Action No. 05-CV-1592 (RCL)(AK)   |
|                                                    ) |   |                                         |
| GEORGE W. BUSH,                                     ) |   |                                         |
| President of the United States, *et al.,*          ) |   |                                         |
|                                                    ) |   |                                         |
| Respondents.                                        ) |   |                                         |

|                                                    |   |                                         |
|----------------------------------------------------|---|-----------------------------------------|
| ABDANNOUR SAMEUR, *et al.,*                        ) |   |                                         |
|                                                    ) |   |                                         |
| Petitioners,                                        ) |   |                                         |
|                                                    ) |   |                                         |
| v.                                                  ) |   | Civil Action No. 05-CV-1806 (CKK)(AK)   |
|                                                    ) |   |                                         |
| GEORGE W. BUSH,                                     ) |   |                                         |
| President of the United States, *et al.,*          ) |   |                                         |
|                                                    ) |   |                                         |
| Respondents.                                        ) |   |                                         |

|                                                    |   |                                         |
|----------------------------------------------------|---|-----------------------------------------|
| MAHMOUD ABDAH, *et al.,*                           ) |   |                                         |
|                                                    ) |   |                                         |
| Petitioners,                                        ) |   |                                         |
|                                                    ) |   |                                         |
| v.                                                  ) |   | Civil Action No. 04-CV-1254 (HHK)(AK)   |
|                                                    ) |   |                                         |
| GEORGE W. BUSH,                                     ) |   |                                         |
| President of the United States, *et al.,*          ) |   |                                         |
|                                                    ) |   |                                         |
| Respondents.                                        ) |   |                                         |

|  |  |
|---|---|
| HDULSALAM ALI ABDULRAHAM AL-HELA, *et al.*, )<br>)<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-1048 (RMU)(AK) |
| SAEEK MOHAMMED SALEH HATIM, *et al.*, )<br>)<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-1429 (RMU)(AK) |

**ERRATA REGARDING RESPONDENTS' MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S SEPTEMBER 25, 2006 ORDER ADDRESSING PRIVILEGE TEAM'S RESPONSIBILITIES UNDER THE PROTECTIVE ORDER**

Respondents hereby notify the Court that respondents' Motion For Reconsideration Of Magistrate Judge' September 25, 2006 Order Addressing Privilege Team's Responsibilities Under the Protective Order, filed in the above-captioned cases on October 13, 2006, inadvertently stated the word "Draft" on the signature line of the motion. A corrected version of the motion with the signature of undersigned counsel is attached as Exhibit A.[1] The corrected

---

[1] This errata has been filed in 14 of the 15 cases in which respondents' motion for reconsideration applies. Respondents' counsel discovered the signature error prior to filing the

motion is otherwise identical to the version filed on October 13, 2006.  Respondents' counsel apologize for any confusion or inconvience caused by this error.

|  |  |
|---|---|
| Dated: October 16, 2006 | Respectfully submitted, |
|  | PETER D. KEISLER<br>Assistant Attorney General |
|  | DOUGLAS N. LETTER<br>Terrorism Litigation Counsel |
|  |   /s/ Andrew I. Warden<br>JOSEPH H. HUNT (D.C. Bar No. 431134)<br>VINCENT M. GARVEY (D.C. Bar No. 127191)<br>TERRY M. HENRY<br>JAMES J. SCHWARTZ<br>PREEYA M. NORONHA<br>ROBERT J. KATERBERG<br>ANDREW I. WARDEN (IN Bar No. 23840-49)<br>NICHOLAS J. PATTERSON<br>EDWARD H. WHITE<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC  20530<br>Tel:  (202) 514-4107<br>Fax:  (202) 616-8470 |
|  | Attorneys for Respondents |

---

motion in <u>Mohammad v. Bush</u>, Civil Action No. 05-CV-2087 (RMC), thus the correct version of the motion was filed in that case.