IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOTAI SAIB, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1353 (RMC) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

**PROPOSED ORDER**

Upon consideration of respondents' Motion for Stay and Reconsideration of Magistrate Judge's October 6, 2006 Memorandum Order, it is hereby

ORDERED that the Magistrate Judge's Memorandum Order of October 6, 2006 is VACATED and set aside.

IT IS SO ORDERED.


Dated: _____          _____
                                       ROSEMARY M. COLLYER
                                       United States District Judge