IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTAI SAIB, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-CV-1353 (RMC) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
| Respondents. | ) |

**NOTICE REGARDING OPPOSITION TO RESPONDENTS' MOTION FOR STAY AND RECONSIDERATION OF MAGISTRATE JUDGE'S OCTOBER 6, 2006 MEMORANDUM ORDER AND REQUEST FOR EXPEDITED HEARING**

Please take notice that, pursuant to the Protective Orders entered in this case, Petitioner Motai Saib (a/k/a Sayab, Mutij Sadiz Ahmad) through his counsel, Holland & Hart LLP, has filed his Opposition to Respondents' Motion for Stay and Reconsideration of Magistrate Judge's October 6, 2006 Memorandum Order and Request for Expedited Hearing ("Opposition") with the Court Security Officer via hand delivery at the following address:

    Court Security Officer(s)
    Suite 5300
    20 Massachusetts Avenue, NW
    Washington, DC 20529-0001

Once the Opposition is cleared for public filing, Petitioner's counsel will file it through the ECF system.

1

Dated: November 9, 2006.

                s/ Anne J. Castle
                Anne J. Castle
                Scott Barker
                Douglas L. Abbott
                J. Triplett Mackintosh
                William E. Murane
                Danielle R. Voorhees
                Holland & Hart LLP
                555 17th Street, Suite 3200
                Denver, CO 80202
                Tel: (303) 295-8000
                Facsimile: (303) 295-8261

                Donald A. Degnan
                Holland & Hart LLP
                One Boulder Plaza
                1800 Broadway, Suite 300
                Boulder, CO 80302
                Tel: (303) 473-2700
                Facsimile: (303) 473-2720

                Dean B. Arnold
                Holland & Hart LLP
                U.S. Bank Plaza,
                101 S. Capitol Blvd., Ste. 1400
                Boise, ID 83702
                Tel.: (208) 383-3914
                Facsimile: (866) 851-8334

                Of Counsel
                Barbara J. Olshansky
                Tina Monshipour Foster (NY No. TF5556)
                Gitanjali S. Gutierrez (NY No. GG1234)
                CENTER FOR CONSTITUTIONAL RIGHTS
                666 Broadway
                New York, NY 10012
                Tel.: (212) 614-6439
                **ATTORNEYS FOR PETITIONERS**

## CERTIFICATE OF SERVICE

    I certify that on November 9, 2006, I e-filed the foregoing document via the United States District Court for the District of Columbia's ECF service, which service shall electronically serve the United States Department of Justice.


                                 s/ Lisa M. Podsiadlik
                                 Holland & Hart LLP


3630268_1.DOC