**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOTAI SAIB, *et al.*, ) | |
| ) | |
| Petitioners/Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 05-CV-1353 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents/Defendants. ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | |

**NOTICE REGARDING OPPOSITION TO MOTION TO DISMISS,
NOTICE OF INTENT TO FILE DTA PETITION, AND
MOTION FOR A STAY-AND-ABEY ORDER**

Please take notice that, pursuant to the Protective Orders entered in this case, Petitioner Motai Saib ("Petitioner"), through his counsel, Holland & Hart LLP, has filed his Response to Respondents' Motion to Dismiss, Notice of Intent to File DTA Petition, and Motion for a Stay-and-Abey Order ("Response") with the Court Security Officer via hand delivery at the following address:

U.S. Department of Justice, Litigation Security Section
20 Massachusetts Avenue, NW
Suite 5300
Washington, DC 20530

Once the Response is cleared for public filing, Petitioner's counsel will file it through the ECF system.

Dated: May 3, 2007

        Respectfully submitted,

        /s Danielle R. Voorhees
        Anne J. Castle
        Scott S. Barker
        J. Triplett Mackintosh
        William Murane
        Danielle R. Voorhees
        HOLLAND & HART LLP
        555 Seventeenth Street, Suite 3200
        Denver, CO  80202
        Telephone:  (303) 295-8000

        Of Counsel
        Shayana Kadidal
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway 7th Floor
        New York NY  10012
        phone: (212) 614-6438
        fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on 5/3/2007, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W., Room 7144
>Washington, DC  20530

>/s Danielle R. Voorhees
>Holland & Hart LLP

3705579_1.DOC