UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOTAI SAIB, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-1353 (RMC) |

**MEMORANDUM OPINION AND ORDER**

Petitioner Motai Saib, a detainee at the United States Naval Station in Guantanamo Bay, Cuba, together with next friend Bisher Al-Rawi, (collectively "Petitioners"), filed a petition for a writ of habeas corpus on July 5, 2005.  Now before the Court are (1) Respondents' Motion to Dismiss and (2) Petitioners' Opposition, Motion to Stay and Hold Proceedings in Abeyance or alternatively, a transfer under 28 U.S.C. § 1631, and Notice of Intent to File a Petition Under Detainee Treatment Act.  Upon consideration of the pleadings and the case law, *see  Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007); *Kiyemba v. Bush*, No. 05-5487, 2007 WL 964612 (D.C. Cir. Mar. 22, 2007); *Zalita v. Bush*, No. 07-5129 (D.C. Cir. Apr. 25, 2007) (*per curiam*), it is hereby

**ORDERED** that Respondents' Motion to Dismiss [Dkt. #56 ] is **GRANTED**; and it is

**FURTHER ORDERED** that Petitioners' Motion to Stay and Hold Proceedings

in Abeyance [Dkt. #58] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction and all other pending motions are hereby **DENIED** as moot; accordingly, this case is closed.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: May 9, 2007