IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTAI SAIB, *et al.*, )<br>)<br>Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents/Defendants. )<br>_____) | Civil No. 05-CV-1353 (RMC) |

**NOTICE REGARDING NOTICE OF APPEAL AND MOTION TO PROCEED *IN FORMA PAUPERIS***

Please take notice that, pursuant to instructions from the Court Security Officer, Petitioner Motai Saib ("Petitioner"), through his counsel, Holland & Hart LLP, has filed his Notice of Appeal and Motion to Proceed *in Forma Pauperis* with the Court Security Officer via hand delivery at the following address:

U.S. Department of Justice, Litigation Security Section
20 Massachusetts Avenue, NW
Suite 5300
Washington, DC 20530

Once the Notice of Appeal and Motion to Proceed *in Forma Pauperis* are cleared for public filing, Petitioner's counsel will file these pleadings through the ECF system.

Dated: June 8, 2007

          Respectfully submitted,

          /s Danielle R. Voorhees
          Anne J. Castle
          Scott S. Barker
          J. Triplett Mackintosh
          William Murane
          Danielle R. Voorhees
          HOLLAND & HART LLP
          555 Seventeenth Street, Suite 3200
          Denver, CO 80202
          Telephone: (303) 295-8000

          Of Counsel
          Shayana Kadidal
          CENTER FOR CONSTITUTIONAL RIGHTS
          666 Broadway 7th Floor
          New York NY 10012
          phone: (212) 614-6438
          fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on 6/8/2007, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W., Room 7144
    Washington, DC  20530

                                          /s Danielle R. Voorhees
                                          Holland & Hart LLP

3721525_1.DOC