**CLEARED FOR PUBLIC FILING BY CSO**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOTAI SAIB,      )
  Detainee      )
  Guantánamo Bay Naval Station )
  Guantánamo Bay, Cuba;  )
         )
BISHER AL-RAWI,    )
  as Next Friend of MOTAI SAIB )
         )
   Petitioners/Plaintiffs,  )
         )
  v.        )  Civil No. 05-CV-1353 (RMC)
         )
GEORGE W. BUSH, *et al.*,  )
         )
   Respondents/Defendants. )
         )

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that Petitioner/Appellant, Motai Saib, on his own behalf and through his Next Friend, Bisher Al-Rawi, and through his attorneys, hereby provides notice of his appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's May 9, 2007 Memorandum Opinion and Order ("Order") granting Respondents' Motion to Dismiss, denying Petitioner's Motion for a Stay-and-Abey Order or, Alternatively, a Transfer Order Under 28 U.S.C. § 1631, denying all other pending motions and dismissing Petitioner's petition for a writ of habeas corpus, and from all other adverse orders and rulings. The District Court's Order is attached as Exhibit 1.

Dated:  June 8, 2007

Respectfully submitted,


s/ Danielle R. Voorhees
Anne J. Castle
Scott S. Barker
J. Triplett Mackintosh
William Murane
Danielle R. Voorhees
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Telephone:  (303) 295-8000

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY  10012
phone: (212) 614-6438
fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., NW, Room 7144
    Washington, DC 20530

 

                s/ Danielle R. Voorhees
                Holland & Hart LLP

3719713_1.DOC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOTAI SAIB**, *et al.*,       )<br>      )<br>      **Petitioners,**    )<br>      )<br>      v.      )<br>      )<br>**GEORGE W. BUSH**, *et al.*,  )<br>      )<br>      **Respondents.**    )<br>      ) | **Civil Action No. 05-1353 (RMC)** |

## MEMORANDUM OPINION AND ORDER

Petitioner Motai Saib, a detainee at the United States Naval Station in Guantanamo Bay, Cuba, together with next friend Bisher Al-Rawi, (collectively "Petitioners"), filed a petition for a writ of habeas corpus on July 5, 2005. Now before the Court are (1) Respondents' Motion to Dismiss and (2) Petitioners' Opposition, Motion to Stay and Hold Proceedings in Abeyance or alternatively, a transfer under 28 U.S.C. § 1631, and Notice of Intent to File a Petition Under Detainee Treatment Act. Upon consideration of the pleadings and the case law, *see  Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007); *Kiyemba v. Bush*, No. 05-5487, 2007 WL 964612 (D.C. Cir. Mar. 22, 2007); *Zalita v. Bush*, No. 07-5129 (D.C. Cir. Apr. 25, 2007) (*per curiam*), it is hereby

      **ORDERED** that Respondents' Motion to Dismiss [Dkt. #56 ] is **GRANTED**; and it is

      **FURTHER ORDERED** that Petitioners' Motion to Stay and Hold Proceedings

**Exhibit 1**

in Abeyance [Dkt. #58] is **DENIED**; and it is

      **FURTHER ORDERED** that this case is **DISMISSED** for lack of subject matter

jurisdiction and all other pending motions are hereby **DENIED** as moot; accordingly, this case is

closed.

      **SO ORDERED.**


_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: May 9, 2007