UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOTAI SAIB, *et al.*,                )
                                     )
    Petitioners,                 )
                                     )
v.                                   )   Civil Action No. 05-1353 (RMC)
                                     )
GEORGE W. BUSH, *et al.*,            )
                                     )
    Respondents.                 )
                                     )

## ORDER

Good cause appearing, it is hereby

**ORDERED** that Petitioners' Motion for leave to proceed on appeal in forma pauperis filed on June 8, 2007 [Dkt. #62] is **GRANTED**.

**SO ORDERED.**

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

DATE: June 20, 2007