# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTAI SAIB, *et al.*, ) | |
| ) | |
| Petitioners/Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 05-CV-1353 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents/Defendants. ) | |
| _____ ) | |

## NOTICE REGARDING MOTION FOR RECONSIDERATION OF ORDER DISMISSING PETITION FOR HABEAS CORPUS AND DENYING MOTION TO STAY PROCEEDINGS AND HOLD IN ABEYANCE

Please take notice that, pursuant to the Protective Orders entered in this case, Petitioner Motai Saib ("Petitioner"), through his counsel, Holland & Hart LLP, has filed his Motion for Reconsideration of Order Dismissing Petition for Habeas Corpus and Denying Motion to Stay Proceedings and Hold in Abeyance ("Motion") with the Court Security Officer via overnight delivery at the following address:

U.S. Department of Justice, Litigation Security Section
20 Massachusetts Avenue, NW
Suite 5300
Washington, DC 20530

Once the Motion is cleared for public filing, Petitioner's counsel will file it through the ECF system.

Dated: August 22, 2007

                                              Respectfully submitted,

                                              /s/ Anne J. Castle
                                              Anne J. Castle
                                              Scott S. Barker
                                              J. Triplett Mackintosh
                                              William Murane
                                              Danielle R. Voorhees
                                              HOLLAND & HART LLP
                                              555 Seventeenth Street, Suite 3200
                                              Denver, CO 80202
                                              Telephone: (303) 295-8000

                                              Of Counsel
                                              Shayana Kadidal
                                              CENTER FOR CONSTITUTIONAL RIGHTS
                                              666 Broadway 7th Floor
                                              New York NY 10012
                                              phone: (212) 614-6438
                                              fax: (212) 614-6499

**CERTIFICATE OF SERVICE**

I hereby certify that on 8/22/2007, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W., Room 7144
    Washington, DC  20530

/s/ Lisa M. Podsiadlik
Holland & Hart LLP

3753008_1.DOC