## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOTAI SAIB, et al., | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-1353 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

**[Proposed] Order**

It is hereby ordered that Petitioner's Motion For Reconsideration of Order Dismissing Petition for Habeas Corpus and Denying Motion to Stay Proceedings and Hold in Abeyance (dkt. no. 65) is DENIED.

IT IS SO ORDERED.

Dated: _____

ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE