Case 1:05-cv-0135_-RMC   Document 59   Filed 05/09/__0/   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 0 9 2007
HOLLAND & HART
ANNE J. CASTLE

MOTAI SAIB, *et al.*,

    Petitioners,

v.

GEORGE W. BUSH, *et al.*,

    Respondents.

Civil Action No. 05-1353 (RMC)

## MEMORANDUM OPINION AND ORDER

Petitioner Motai Saib, a detainee at the United States Naval Station in Guantanamo Bay, Cuba, together with next friend Bisher Al-Rawi, (collectively "Petitioners"), filed a petition for a writ of habeas corpus on July 5, 2005. Now before the Court are (1) Respondents' Motion to Dismiss and (2) Petitioners' Opposition, Motion to Stay and Hold Proceedings in Abeyance or alternatively, a transfer under 28 U.S.C. § 1631, and Notice of Intent to File a Petition Under Detainee Treatment Act. Upon consideration of the pleadings and the case law, *see Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007); *Kiyemba v. Bush*, No. 05-5487, 2007 WL 964612 (D.C. Cir. Mar. 22, 2007); *Zalita v. Bush*, No. 07-5129 (D.C. Cir. Apr. 25, 2007) (*per curiam*), it is hereby

**ORDERED** that Respondents' Motion to Dismiss [Dkt. #56] is **GRANTED**; and it is

**FURTHER ORDERED** that Petitioners' Motion to Stay and Hold Proceedings

**Exhibit A**

in Abeyance [Dkt. #58] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction and all other pending motions are hereby **DENIED** as moot; accordingly, this case is closed.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: May 9, 2007