(ORDER LIST: 551 U.S.)

FRIDAY, JUNE 29, 2007

APPEAL -- SUMMARY DISPOSITION

06-589    CHRISTIAN CIVIC LEAGUE OF MAINE V. FEC, ET AL.

The judgment is vacated and the case is remanded to the United States District Court for the District of Columbia for further consideration in light of *Federal Election Commission v. Wisconsin Right to Life, Inc.*, 551 U.S. ___ (2007).

CERTIORARI -- SUMMARY DISPOSITIONS

06-582    UNIVERSITY OF NOTRE DAME V. LASKOWSKI, JOAN, ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Hein v. Freedom From Religion Foundation, Inc., 551 U.S. ___ (2007).

CERTIORARI GRANTED

06-1195 )    BOUMEDIENE, LAKHDAR, ET AL. V. BUSH PRESIDENT OF U.S., ET AL.
)
06-1196 )    AL ODAH, KHALED A. F., ET AL. V UNITED STATES, ET AL.

The petitions for rehearing are granted. The orders entered April 2, 2007, denying the petitions for writs of certiorari are vacated. The petitions for writs of certiorari are granted. The cases are consolidated and a total of one hour is allotted for oral argument. As it would be of material assistance to consult any decision in *Bismullah, et al., v. Gates*, No. 06-1197, and *Parhat, et al., v. Gates*, No. 06-1397, currently pending in the United States Court of Appeals for

1

Exhibit C

the District of Columbia Circuit, supplemental briefing will be scheduled upon the issuance of any decision in those cases.

## CERTIORARI DENIED

| | |
|---|---|
| 05-1257 | LISTER, TONY M. V. UNITED STATES |
| 05-1379 | BOSCARINO, NICK S. V. UNITED STATES |
| 05-8615 | RODRIGUEZ-ALVAREZ, CARLOS V. UNITED STATES |
| 05-8654 | WESLEY, JAMIE V. UNITED STATES |
| 05-8865 | CASTENADA-ROJAS, ERASMO V. UNITED STATES |
| 05-9410 | SKAGGS, DAMON W. V. UNITED STATES |
| 05-10381 | VASQUEZ, PATRICK A. V. UNITED STATES |
| 05-10397 | NGO, TEK V. UNITED STATES |
| 05-10431 | ARTIS, ANDREE V. UNITED STATES |
| 05-11310 | HERNANDEZ-RODRIGUEZ, MARIO V. UNITED STATES |
| 05-11336 | HEINTZELMAN, TROY V. UNITED STATES |
| 05-11395 | ANDRLIK, MICHAEL A. V. UNITED STATES |
| 05-11582 | LEWIS, TROYCE A. V. UNITED STATES |
| 05-11751 | GILES, TRAVIS V. UNITED STATES |
| 05-11764 | MARES, MARTHA C. V. UNITED STATES |
| 05-11770 | BOYD, GILBERT E. V. UNITED STATES |
| 06-111 | ELLIS, WILLIAM A. V. UNITED STATES |
| 06-757 | MARINEAU, SETH, ET AL. V. GUILES, ZACHARY |
| 06-1157 | GALE, ALGIS J. V. UNITED STATES |
| 06-1375 | OKORO, CHIJIOKE V. V. UNITED STATES |
| 06-1420 | MILLER, LARRY K. V. UNITED STATES |
| 06-5015 | JACKSON, MARK M. V. UNITED STATES |
| 06-5152 | WILLIAMS, HERBERT V. UNITED STATES |
| 06-5166 | ALLEN, MICHAEL W. V. UNITED STATES |