## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **MOTAI SAIB, *et al*.,** | ) |
|  | ) |
| **Petitioners,** | ) |
|  | ) |
| **v.** | )     **Civil Action No. 05-1353 (RMC)** |
|  | ) |
| **GEORGE WALKER BUSH, *et al*.,** | ) |
|  | ) |
| **Respondents.** | ) |

_____

### ORDER

This matter comes before the Court on Petitioners' Motion for Reconsideration of Order Dismissing Petition for Habeas Corpus and Denying Motion to Stay Proceedings and Hold in Abeyance. *See* May 9, 2007 Order [Dkt. #59]. In *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), the D.C. Circuit ruled that the Military Commissions Act of 2006 (MCA), Pub. L. No. 109-366, 120 Stat. 2600 (2006), eliminated jurisdiction of the federal courts to consider habeas actions by Guantanamo detainees, and that the Guantanamo detainees, as aliens outside the sovereign territory of the United States, lack constitutional rights and therefore lack standing to challenge the elimination of jurisdiction. The mandate issued on June 27, 2007 pursuant to Federal Rule of Appellate Procedure 41(b). The Supreme Court granted certiorari on June 29, 2007 in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007) pursuant to Supreme Court Rule 44.2 and vacated its April 2, 2007 Order denying certiorari. On July 26, 2007, the Court of Appeals ordered that "the mandate be recalled" and that "[t]he Clerk of the United States District Court for the District of Columbia is directed to return forthwith to the United States Court of Appeals for the District of Columbia Circuit the mandate issued June 27, 2007." *Boumediene v. Bush*, D.C. Cir. Nos. 05-5062; *Al Odah v. United*

*States*, D.C. Cir. No. 05-5064.  In light of these recent events, the Court will grant the Petitioners'

motion for reconsideration and will stay and hold this case in abeyance pending the Supreme Court's

decision in *Boumediene*.  Accordingly, it is hereby

   **ORDERED** that Petitioners' Motion for Reconsideration of Order Dismissing

Petition for Habeas Corpus and Denying Motion to Stay Proceedings and Hold in Abeyance [Dkt.

#67] is **GRANTED**; and it is

   **FURTHER ORDERED** that this case is stayed pending the Supreme Court's

decision  in *Boumediene v. Bush*.

   **SO ORDERED.**


         _____/s/_____
         ROSEMARY M. COLLYER
         United States District Judge

DATE: September 7, 2007