UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MOTAI SAIB**, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-1353 (RMC) |
| **GEORGE WALKER BUSH**, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

**ORDER**

This matter comes before the Court on remand from the Court of Appeals to allow this Court to consider Petitioners' motion for reconsideration. *See* D.C. Cir. Order [Dkt. #70]. On May 9, 2007, this Court granted Respondents' motion to dismiss on the grounds that the Military Commissions Act of 2006 ("MCA") deprived this Court of jurisdiction over the petition. *See* Dkt. # 59. The Petitioners filed a Notice of Appeal challenging the May 9 Order on June 8, 2007. Shortly thereafter, on June 29, 2007, the Supreme Court granted certiorari in *Boumediene v. Bush*, 127 S. Ct. 3078 (2007). On September 6, 2007, Petitioners filed a motion under Federal Rule of Civil Procedure 60(b)(6) asking this Court to reconsider its May 9 Order in light of the Supreme Court's decision to grant certiorari in *Boumediene*. *See* Pet'rs' Mot. for Recons. [Dkt. #67]. Respondents filed an opposition and the matter was ripe for decision.

The Court granted Petitioners' Motion for Reconsideration and stayed the case pending the Supreme Court's decision in *Boumediene v. Bush*. *See* Sept. 7, 2007 Order [Dkt. #68]. The Court then improvidently vacated that Order and denied Petitioners' Motion for Reconsideration for lack of subject-matter jurisdiction. *See* Oct. 22, 2007 Order [Dkt. #69]. At that time, the Court

noted that if the Court did have jurisdiction, however, it would be inclined to grant Petitioners' motion as it has done in similar cases. *See Mousovi v. Bush*, No. 05-1124, Sept. 7, 2007 Order [Dkt. #74]. Petitioners secured an Order from the Court of Appeals remanding this case to allow this Court to consider their Rule 60(b) motion. *See* Dkt. #70. Upon consideration of the mandate from the Court of Appeals, the Court will *sua sponte* resuscitate and grant the Motion for Reconsideration. *See* Dkt. #67. The Court will also stay this case pending the Supreme Court's decision in *Boumediene*. *See Boumediene v. Bush*, 127 S. Ct. 3078 (2007).

For the foregoing reasons, it is hereby

**ORDERED** that Petitioners' Motion for Reconsideration [Dkt. #67] is resuscitated and **GRANTED**; and it is

**FURTHER ORDERED** that this case is stayed pending the Supreme Court's decision in *Boumediene*.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: January 8, 2008