CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOTAI SAIB, *et al.*, | ) |
| | ) |
|        Petitioners/Plaintiffs, | ) |
| | ) |
|   v. | )   Civil No. 05-CV-1353 (RMC) |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
|        Respondents/Defendants. | ) |

**NOTICE REGARDING ISSUANCE OF MANDATE**

Please take notice that on February 27, 2008, the United States Court of Appeals for the District of Columbia Circuit issued the Mandate for its Order remanding this matter to this Court to allow the Court to consider the pending motion for reconsideration. The Mandate is attached as Exhibit A.

Dated:  March 10, 2008

        Respectfully submitted,

        /s Danielle R. Voorhees
        Anne J. Castle
        Scott S. Barker
        J. Triplett Mackintosh
        William Murane
        Danielle R. Voorhees
        HOLLAND & HART LLP
        555 Seventeenth Street, Suite 3200
        Denver, CO  80202
        Telephone:  (303) 295-8000

        Of Counsel
        Shayana Kadidal
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway 7th Floor
        New York NY  10012
        phone: (212) 614-6438
        fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7144
Washington, DC  20530

/s Danielle R. Voorhees
Holland & Hart LLP

3841498_1.DOC