# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5202**  **September Term, 2007**

05cv01353

**Filed On:**

Motai Saib, Detainee and Bisher Al-Rawi, As next friend of Motai Saib,
    Appellants

v.

George W. Bush, President of the United States, et al.,
    Appellees



**BEFORE:**   Rogers, Garland, and Griffith, Circuit Judges

### ORDER

Upon consideration of the order to show cause filed October 9, 2007, and the response, containing a motion for remand, the opposition thereto, and the reply; and the cross-motion for summary affirmance and the opposition thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for remand be granted and the case be remanded to allow the district court to consider the pending motion for reconsideration under Federal Rule of Civil Procedure 60(b). See Hoai v. Vo, 935 F.2d 308, 312 (D.C. Cir. 1991); Smith v. Pollin, 194 F.2d 349, 350 (D.C. Cir. 1952) (per curiam). It is

**FURTHER ORDERED** that the cross-motion for summary affirmance be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**EXHIBIT A**

