*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MOTAI SAIB, *et al.*, | ) | |
| Petitioners/Plaintiffs, | ) | |
| v. | ) | Civil No. 05-CV-1353 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) | |
| Respondents/Defendants. | ) | |
| NABIL HADJARAB, | ) | |
| Petitioner/Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-CV-1504 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) | |
| Respondents/Defendants. | ) | |
| ABBAR SUFIAN AL HAWARY, *et al.*, | ) | |
| Petitioners/Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-CV-1505 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) | |
| Respondents/Defendants. | ) | |
| SUFYIAN BARHOUMI a/k/a SHAFFIQ, *et al.*, | ) | |
| Petitioners/Plaintiffs, | ) | |
| v. | ) | Civil No. 05-CV-1506 (RMC) (AK) |
| GEORGE W. BUSH, *et al.*, | ) | |
| Respondents/Defendants. | ) | |

*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

---

**NOTICE OF NON-OPPOSITION TO RESPONDENTS'
MOTIONS TO DESIGNATE PARAGRAPH 9 OF BUZBY
DECLARATION AS "PROTECTED INFORMATION"**

Having reviewed the declaration submitted by Respondents in support of their motions in the above-captioned cases to treat as "protected" the information in paragraph 9 of the Declaration of Rear Admiral Mark H. Buzby, dated February 8, 2008, Petitioners have elected not to oppose Respondents' motions. Petitioners, however, continue to believe that designating the information in paragraph 9 as "protected" is unjustified.

*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

Dated: March 11, 2008

    Respectfully submitted,

    s/ Danielle R. Voorhees
    Anne J. Castle
    Scott S. Barker
    J. Triplett Mackintosh
    William Murane
    Danielle R. Voorhees
    HOLLAND & HART LLP
    555 Seventeenth Street, Suite 3200
    Denver, CO  80202
    Telephone:  (303) 295-8000

    Of Counsel
    Shayana Kadidal
    CENTER FOR CONSTITUTIONAL RIGHTS
    666 Broadway 7th Floor
    New York NY  10012
    phone: (212) 614-6438
    fax: (212) 614-6499

*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7144
Washington, DC  20530

/s Danielle R. Voorhees
Holland & Hart LLP

3842413_1.DOC