Saib
14

٢١/٤/٢٠٠٨

أنا مطيع صادق سايب جزائري الجنسية أقر بهذا بأنني أريد أن يمثلني

محامين من مكتب هولند وهارت للمحاماة في جميع القضايا القانونية

أمام المحاكم والحكومة الأمريكية والأجنبية.

مطيع صادق سايب

I, Masud Hasnain, a qualified Arabic
translator. I certify that the above
statement by Muti Sadiq Saib The writing
states:

I, Muti Sadiq Saib of Algerian nationality
hereby state that I want to be represented
by the lawyers of Holland and Hart law firm
in all legal cases with US and International
courts and goverments.

Muti Sadiq Saib
[Signature]

UNCLASSIFIED