CLEARED FOR FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|                                         |   |                                  |
|-----------------------------------------|---|----------------------------------|
| IN RE:                                  | ) |                                  |
|                                         | ) | Misc. No. 08-442 (TFH)           |
| GUANTANAMO BAY                          | ) |                                  |
| DETAINEE LITIGATION                     | ) | Civil No. 05-CV-1353 (RMC)       |
|                                         | ) |                                  |
|                                         | ) |                                  |
| _____  | ) |                                  |

**REQUEST FOR 30-DAYS' NOTICE PRIOR TO TRANSFER FROM GUANTANAMO
BY PETITIONER MOTAI SAIB (ISN 288)**

Please take notice that, pursuant to the Court's July 10, 2008 Order (Docket No. 84-2),

Petitioner is hereby requesting that the Court and his counsel be provided with 30-days' notice

prior to transfer of Petitioner from Guantanamo.

Dated:  July 15, 2008

Respectfully submitted,

s/ Anne J. Castle_____
Anne J. Castle
Scott S. Barker
J. Triplett Mackintosh
William Murane
Danielle R. Voorhees
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Telephone:  (303) 295-8000

Of Counsel
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY  10012
phone: (212) 614-6438

fax: (212) 614-6499

**CERTIFICATE OF SERVICE**

I hereby certify that on 7/15/2008, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

     United States Department of Justice
     Civil Division, Federal Programs Branch
     20 Massachusetts Ave., N.W., Room 7144
     Washington, DC  20530

               s/ Lisa M. Podsiadlik
               Holland & Hart LLP

3896951_1.DOC