IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOTAI SAIB, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1353 (RMC) |
| | ) |
| GEORGE W. BUSH, | ) |
| | ) |
| President of the United States, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**NOTICE OF FILING**
**ENTRY OF APPEARANCE AND CERTIFICATE OF INDIGENT REPRESENTATION UNDER FRCP 83.2 FOR MEGHAN N. WINOKUR**

I, Meghan N. Winokur, hereby enter my appearance on behalf of Petitioner Motai Saib in the captioned matter.

Pursuant to LCvR 83.2(g), I hereby certify that I am a member in good standing of the Bars of the Supreme Court of the State of Colorado, the United States District Court for the District of Colorado, the Tenth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, and the Court of Appeals for the District of Columbia. I further certify that I am providing legal representation to Petitioner without compensation.

Dated: August 18, 2008

>Respectfully submitted,
>
>*s/ Meghan N. Winokur*
>Meghan N. Winokur (Colorado State Bar #35973)
>Anne J. Castle
>Scott Barker
>Douglas L. Abbott
>J. Triplett Mackintosh
>Danielle R. Voorhees
>Holland & Hart LLP
>555 17th Street, Suite 3200
>Denver, CO 80202
>Tel: (303) 295-8000
>Facsimile: (303) 295-8261
>
>Donald A. Degnan
>Holland & Hart LLP
>One Boulder Plaza
>1800 Broadway, Suite 300
>Boulder, CO 80302
>Tel: (303) 473-2700
>Facsimile: (303) 473-2720
>
>Dean B. Arnold
>Holland & Hart LLP
>U.S. Bank Plaza,
>101 S. Capitol Blvd., Ste. 1400
>Boise, ID 83702
>Tel.: (208) 383-3914
>Facsimile: (866) 851-8334
>
>Of Counsel
>Barbara J. Olshansky
>Tina Monshipour Foster (NY No. TF5556)
>Gitanjali S. Gutierrez (NY No. GG1234)
>CENTER FOR CONSTITUTIONAL RIGHTS
>666 Broadway
>New York, NY 10012
>Tel.: (212) 614-6439
>**ATTORNEYS FOR PETITIONERS**

## CERTIFICATE OF SERVICE

I certify that on August 18, 2008, I served a copy of the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W., Room 7144
    Washington, DC 20530

                                *s/ Meghan N. Winokur*
                                Holland & Hart LLP

3911996_1.DOC