**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOTAI SAIB, *et al.*, )<br>)<br>            Petitioners/Plaintiffs,   )<br>)<br>v.                                                          )<br>)<br>GEORGE W. BUSH, *et al.*,          )<br>)<br>            Respondents/Defendants. )<br>_____) | Civil No. 05-CV-1353 (RMC) |
| NABIL HADJARAB, *et al.*, )<br>)<br>            Petitioners/Plaintiffs,   )<br>)<br>v.                                                          )<br>)<br>GEORGE W. BUSH, *et al.*,          )<br>)<br>            Respondents/Defendants. )<br>_____) | Civil No. 05-CV-1504 (RMC) |
| ABBAR SUFIAN AL HAWARY, *et al.*, )<br>)<br>            Petitioners/Plaintiffs,   )<br>)<br>v.                                                          )<br>)<br>GEORGE W. BUSH, *et al.*,          )<br>)<br>            Respondents/Defendants. )<br>_____) | Civil No. 05-CV-1505 (RMC) |
| SUFYIAN BARHOUMI                       )<br>a/k/a SHAFFIQ, *et al.*,                  )<br>)<br>            Petitioners/Plaintiffs,   )<br>v.                                                          )<br>)<br>GEORGE W. BUSH, *et al.*,          )<br>)<br>            Respondents/Defendants. )<br>_____) | Civil No. 05-CV-1506 (RMC) |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

1. I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

2. I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

3. I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and I agree to comply with the provisions thereof.

Dated: September 10, 2008

          /s/
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY 10012
phone: (212) 614-6438
fax: (212) 614-6499

## **ACKNOWLEDGMENT**

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the cases captioned *Saib v. Bush*, No. 05-CV-1353 (RMC), *Hadjarab v. Bush*, No. 05-CV-1504 (RMC), *Al Hawary v. Bush*, No. 05-CV-1505 (RMC), and *Barhoumi v. Bush*, No. 05-CV-1506 (RMC), understands its terms, and agrees to be bound by each of those terms.  Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order.  The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Dated: September 10, 2008

    /s/              
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY  10012
phone: (212) 614-6438
fax: (212) 614-6499

**Certificate of Service**

      I, Shayana Kadidal, certify that on this date, I caused the foregoing Memorandum of Understanding and Protective Order Acknowledgement to be filed electronically on the Court's ECF system. Parties may access this filing through the Court's CM/ECF System.

Dated: September 10, 2008

                                                              /s/  
                                        Shayana Kadidal [D.C. Bar No. 454248]  
                                        CENTER FOR CONSTITUTIONAL RIGHTS  
                                        666 Broadway, 7th Floor  
                                        New York, NY  10012-2317  
                                        Ph: (212) 614-6438  
                                        Fax: (212) 614-6499