IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOTAI SAIB, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-CV-1353 (RMC) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
| Respondents. | ) |

**NOTICE OF FILING**
**ENTRY OF APPEARANCE AND CERTIFICATE OF INDIGENT REPRESENTATION UNDER FRCP 83.2 FOR MEGHAN N. WINOKUR**

I, Meghan N. Winokur, hereby enter my appearance on behalf of Petitioner Motai Saib in the above-captioned matter.

Pursuant to LCvR 83.2(g), I hereby certify that I am a member in good standing of the Bars of the Supreme Court of the State of Colorado, the United States District Court for the District of Colorado, the Tenth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, and the Court of Appeals for the District of Columbia. I further certify that I am providing legal representation to Petitioner without compensation.

Dated: September 17, 2008

        Respectfully submitted,

        *s/ Meghan N. Winokur*
        Meghan N. Winokur (Colorado State Bar #35973)
        Anne J. Castle
        Scott Barker
        Douglas L. Abbott
        J. Triplett Mackintosh
        Danielle R. Voorhees
        Holland & Hart LLP
        555 17th Street, Suite 3200
        Denver, CO 80202
        Tel: (303) 295-8000
        Facsimile: (303) 295-8261

        Donald A. Degnan
        Holland & Hart LLP
        One Boulder Plaza
        1800 Broadway, Suite 300
        Boulder, CO 80302
        Tel: (303) 473-2700
        Facsimile: (303) 473-2720

        Dean B. Arnold
        Holland & Hart LLP
        U.S. Bank Plaza,
        101 S. Capitol Blvd., Ste. 1400
        Boise, ID 83702
        Tel.: (208) 383-3914
        Facsimile: (866) 851-8334

        Of Counsel
        Barbara J. Olshansky
        Tina Monshipour Foster (NY No. TF5556)
        Gitanjali S. Gutierrez (NY No. GG1234)
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway
        New York, NY 10012
        Tel.: (212) 614-6439
        **ATTORNEYS FOR PETITIONERS**

## CERTIFICATE OF SERVICE

I certify that on September 17, 2008, I served a copy of the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7144
Washington, DC  20530


*s/  Meghan N. Winokur*
Holland & Hart LLP

3911996_1.DOC